

Sara Z. Boriskin, Esquire
Managing Partner, New York Office

900 Merchants Concourse,
Suite 310
Westbury, NY 11590
Phone: 516-280-7675
Fax: 516-280-7674
https://www.raslegalgroup.com

James Robertson, Esquire*
Everett Anschutz, Esquire**
David J. Schneid, Esquire**
John T. Crane, Esquire**

\* Deceased
\*\*Not Admitted to Practice in New York

March 24 , 2025

Hon. Jil Mazer-Marino
U.S. Bankruptcy Court, EDNY
Conrad B. Duberstein Courthouse
271-C Cadman Plaza East - Suite 1595
Brooklyn, NY 11201-1800

| | |
|---|---|
| **In Re:** | **Kimberly A Lydtin** |
| **Case No.:** | **1-24-45076-jmm** |
| **Chapter:** | **11** |
| **Property Address:** | **144-08 Gravett Rd., Flushing, NY 11367** |

Dear Judge Mazer-Marino:

    This firm represents Selene Finance LP  ("Selene") U.S. BANK TRUST NATIONAL ASSOCIATION, NOT IN ITS INDIVIDUAL CAPACITY BUT SOLELY AS OWNER TRUSTEE FOR RCF 2 ACQUISITION TRUST, a secured creditor of the above-named Debtor. On March 5, 2025, a Loss Mitigation Order [Doc No. 20] was entered by this Court. We respectfully request that the below serve as a status update on the aforementioned loss mitigation proceeding. The Loss Mitigation conference is scheduled for April 1, 2025 at 9:30 AM.

     On March 24, 2025, a blank loan modification package was sent to Debtor's counsel.

    Currently, we are awaiting Debtor to provide a completed Loss mitigation package for review. Please do not hesitate to contact me with any questions regarding the matter.

      Respectfully,

      */s/ Suzanne Youssef*
      Suzanne Youssef, Esq.
      syoussef@raslg.com

cc: H Bruce Bronso, Esq.