# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE:<br><br>KIMBERLY LYDTIN | CASE NO: 24-45076<br>**DECLARATION OF MAILING**<br>**CERTIFICATE OF SERVICE**<br>Chapter: 11<br>ECF Docket Reference No. 27-1 |

On 5/6/2025, I did cause a copy of the following documents, described below,

Notice of Bar Date ECF Docket Reference No. 27-1

to be served for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

I caused these documents to be served by utilizing the services of BK Attorney Services, LLC d/b/a certificateofservice.com, an Approved Bankruptcy Notice Provider authorized by the United States Courts Administrative Office, pursuant to Fed.R.Bankr.P. 9001(9) and 2002(g)(4).  A copy of the declaration of service is attached hereto and incorporated as if fully set forth herein.

Parties who are participants in the Courts Electronic Noticing System ("NEF"), if any, were denoted as having been served electronically with the documents described herein per the ECF/PACER system.

DATED: 5/6/2025

/s/ H. Bruce Bronson
H. Bruce Bronson

Bronson Law Offices, PC
Harrison, NY  10528
877 385 7793
hbbronson@bronsonlaw.net

## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE:<br><br>KIMBERLY LYDTIN | CASE NO: 24-45076<br><br>**CERTIFICATE OF SERVICE**<br>**DECLARATION OF MAILING**<br><br>Chapter: 11<br>ECF Docket Reference No. 27-1 |

On 5/6/2025, a copy of the following documents, described below,

Notice of Bar Date ECF Docket Reference No. 27-1

were deposited for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

The undersigned does hereby declare under penalty of perjury of the laws of the United States that I have served the above referenced document(s) on the mailing list attached hereto in the manner shown and prepared the Declaration of Certificate of Service and that it is true and correct to the best of my knowledge, information, and belief.

DATED: 5/6/2025

_/s/ Miles Wood_

Miles Wood
BK Attorney Services, LLC
d/b/a certificateofservice.com, for
H. Bruce Bronson

Bronson Law Offices, PC
Harrison, NY  10528

```
USPS FIRST CLASS MAILING RECIPIENTS:
Parties with names struck through or labeled CM/ECF SERVICE were not served via First Class USPS Mail Service.
CASE INFO                                                                    EXCLUDE

 LABEL MATRIX FOR LOCAL NOTICING    BRONSON LAW OFFICES  PC                  (U)SELENE FINANCE LP  AS ATTORNEY IN
NCRS ADDRESS DOWNLOAD               480 MAMARONECK AVE                       FACT FOR U
CASE 24-45076                       HARRISON  NY 10528-1621
EASTERN DISTRICT OF NEW YORK
MON MAY 5 13-43-27 PST 2025




                                    EXCLUDE
                                    1
US BANK TRUST NATIONAL ASSOCIATION                                           AFFIRM  INC
ROBERTSON  ANSCHUTZ  SCHNEID  CRANE 271C CADMAN PLAZA EAST  SUITE 1595       ATTN BANKRUPTCY
13010 MORRIS ROAD  SUITE 450        BROOKLYN  NY 11201 1800                  650 CALIFORNIA STREET  FL 12
ALPHARETTA  GA 30004-2001                                                    SAN FRANCISCO  CA 94108-2716




AFFIRM  INC                         AMERICAN EXPRESS NATIONAL BANK           AMERICAN EXPRESS NATIONAL BANK
RESURGENT CAPITAL SERVICES          CO BECKET AND LEE LLP                    CO BECKET AND LEE LLP
PO BOX 10587                        ATTNBANKRUPTCY                           PO BOX 3001
GREENVILLE  SC 29603-0587           16 GENERAL WARREN BLVD                   MALVERN  PA 19355-0701
                                    MALVERN  PA 19355-1245



                                    EXCLUDE
(P)AMERICAN HONDA FINANCE           (D)(P)AMERICAN HONDA FINANCE             AMEX
P O BOX 168088                      P O BOX 168088                           ATTN BANKRUPTCY
IRVING TX 75016-8088                IRVING TX 75016-8088                     200 VESEY ST
                                                                             NEW YORK  NY 10285-1000




AMEX                                AMEX                                     AMEX
CORRESPONDENCEBANKRUPTCY            CORRESPONDENCEBANKRUPTCY                 PO BOX 6789
PO BOX 981535                       PO BOX 981540                            SIOUX FALLS  SD 57117-6789
EL PASO  TX 79998-1535              EL PASO  TX 79998-1540




AMEX                                AVANTWEBBANK                             AVANTWEBBANK
PO BOX 981537                       222 MERCHANDISE MART PLZ                 222 N LA SALLE ST
EL PASO  TX 79998-1537              CHICAGO  IL 60654-1103                   STE 1600
                                                                             CHICAGO  IL 60601-1112




BEST EGG                            BEST EGG                                 CAPITAL ONE
4315 PICKETT RD                     ATTN BANKRUPCTY                          ATTN BANKRUPTCY
SAINT JOSEPH  MO 64503-1600         PO BOX 42912                             1680 CAPITAL ONE DRIVE
                                    PHILADELPHIA  PA 19101-2912              MCLEAN  VA 22102-3407




CAPITAL ONE                         CAPITAL ONE                              CAPITAL ONE NA
ATTN BANKRUPTCY                     PO BOX 31293                             BY AIS INFOSOURCE LP AS AGENT
PO BOX 30285                        SALT LAKE CITY  UT 84131-0293            PO BOX 71083
SALT LAKE CITY  UT 84130-0285                                                CHARLOTTE  NC  28272-1083




CITIBANKTHE HOME DEPOT              CITIBANKTHE HOME DEPOT                   CITIBANKTHE HOME DEPOT
ATTNBANKRUPTCY                      CITICORP CR SRVSCENTRALIZED BANKRUPTCY   PO BOX 6497
388 GREENWICH ST                    PO BOX 790040                            SIOUX FALLS  SD 57117-6497
NEW YORK  NY 10013-2362             SAINT LOUIS  MO 63179-0040
```

USPS FIRST CLASS MAILING RECIPIENTS:
Parties with names struck through or labeled CM/ECF SERVICE were not served via First Class USPS Mail Service.

CONSOLIDATED EDISON COMPANY OF NEW YORK
INC
EAG  BANKRUPTCY
9TH FLOOR
4 IRVING PLACE
NEW YORK  NY 10003-3502

CREDIT ONE BANK
ATTN BANKRUPTCY DEPARTMENT
6801 S CIMARRON RD
LAS VEGAS  NV 89113-2273

CREDIT ONE BANK
PO BOX 98872
LAS VEGAS  NV 89193-8872

FORTIVA
ATTN BANKRUPTCY
PO BOX 105555
ATLANTA  GA 30348-5555

FORTIVA
ATTNBANKRUPTCY
5 CONCOURSE PKWY  STE 300
ATLANTA  GA  30328-6101

FORTIVA
PO BOX 105555
ATLANTA  GA 30348-5555

FRENKEL  LAMBERT  WEISS  WEISMAN  GORD
53 GIBSON ST
BAY SHORE  NY 11706-8369

GENESIS FS CARD SERVICES
ATTNBANKRUPTCY
15220 NW GREENBRIER PKWY  STE 200
BEAVERTON  OR 97006-5762

GENESIS FS CARD SERVICES
ATTN BANKRUPTCY
PO BOX 4477
BEAVERTON  OR 97076-4401

GENESIS FS CARD SERVICES
PO BOX 4499
BEAVERTON  OR 97076-4499

HONDA FINANCIAL SERVICES
PO BOX 2295
TORRANCE  CA 90509-2295

INTERNAL REVENUE SERVICE
ATTN BANKRUPTCY
2970 MARKET ST  MAIL STOP 5-Q30133
PHILADELPHIA  PA 19104-5002

INTERNAL REVENUE SERVICE
P O BOX 7317
PHILADELPHIA  PA 19101-7317

JP MORGAN MORTGAGE ACQUISITION CORP
383 MADISON AVENUE
NEW YORK  NY 10179-0001

KOHLS
ATTN BANKRUPTCY
N56 W17000 RIDGEWOOD DRIVE
MENOMONEE FALLS  WI 53051-7096

KOHLS
ATTN CREDIT ADMINISTRATOR
PO BOX 3043
MILWAUKEE  WI 53201-3043

KOHLS
PO BOX 3115
MILWAUKEE  WI 53201-3115

LENDING CLUB
595 MARKET ST
SAN FRANCISCO  CA 94105-5839

LENDING CLUB
ATTN BANKRUPTCY
595 MARKET ST
SAN FRANCISCO  CA 94105-5839

MOHELA
220 LASLEY AVE
WILKES-BARRE  PA 18706-1430

EXCLUDE
(U)NYC ENVIRONMENTAL CONTROL BOARD
100 CHURCH STREET  4TH FLOOR

NYC ENVIRONMENTAL CONTROL BOARD
100 CHURCH STREET  4TH FLOOR
NEW YORK  NY 10007-2622

NYS DEPARTMENT OF TAXATION AND FINANCE
ATTNBANKRUPTCY SECTION
HARRIMAN CAMPUS RD
ALBANY  NY 12227-0001

NYS DEPARTMENT OF TAXATION AND FINANCE
BANKRUPTCY SECTION
PO BOX 5300
ALBANY  NY 12205-0300

NAVIENT
ATTN BANKRUPTCY
PO BOX 9500
WILKES BARRE  PA 18773-9500

NAVIENT
PO BOX 9500
WILKES BARRE  PA 18773-9500

NAVIENT SOLUTIONS  INC
ATTN BANKRUPTCY
13865 SUNRISE VALLEY DR
HERNDON  VA 20171-6188

USPS FIRST CLASS MAILING RECIPIENTS:
Parties with names struck through or labeled CM/ECF SERVICE were not served via First Class USPS Mail Service.

~~EXCLUDE~~
~~(U)NEW YORK   NY 10007~~

OFFICE OF THE UNITED STATES TRUSTEE
EASTERN DISTRICT OF NY BROOKLYN
ALEXANDER HAMILTON CUSTOM HOUSE
ONE BOWLING GREEN
ROOM 510
NEW YORK   NY 10004-1415

(P)PORTFOLIO RECOVERY ASSOCIATES LLC
PO BOX 41067
NORFOLK VA 23541-1067

~~EXCLUDE~~
~~(D)(P)PORTFOLIO RECOVERY ASSOCIATES LLC~~
~~PO BOX 41067~~
~~NORFOLK VA 23541-1067~~

QUANTUM3 GROUP LLC AS AGENT FOR
CONCORA CREDIT INC
PO BOX 788
KIRKLAND   WA   98083-0788

QUANTUM3 GROUP LLC AS AGENT FOR
CROWN ASSET MANAGEMENT LLC
PO BOX 788
KIRKLAND   WA   98083-0788

QUANTUM3 GROUP   LLC AS AGENT FOR
CONCORA CRE
ATTNBANKRUPTCY
22102 17TH AVE SE   STE 220
BOTHELL   WA 98021-7431

RESURGENT CAPITAL SERVICES
ATTN BANKRUPTCY
55 BEATTIE PL   STE 110
GREENVILLE   SC 29601-5115

RESURGENT CAPITAL SERVICES AS SERVICIN
AGEN
RESURGENT CAPITAL SERVICES
PO BOX 10587
GREENVILLE   SC   29603-0587

SELENE FINANCE
ATTENTION BANKRUPTCY
PO BOX 8619
PHILADELPHIA   PA 19101-8619

~~EXCLUDE~~
~~(U)STATE OF NEW YORK~~

~~EXCLUDE~~
~~(U)SUZANNE YOUSSEF   ESQ~~
~~RODERTSON   ANSCHUTZ   SCHNEID   CRANE   P~~
~~900 MERCHANTS CONCOURSE SUITE 310~~
~~WESTB~~

SYNCBOLD NAVY
ATTN BANKRUPTCY
PO BOX 965060
ORLANDO   FL 32896-5060

SYNCBOLD NAVY
PO BOX 8803
WILMINGTON   DE 19899-8803

SYNCHRONY BANK
ATTNBANKRUPTCY
777 LONG RIDGE ROAD
STAMFORD   CT 06902-1259

SYNCHRONY BANKAMAZON
ATTN BANKRUPTCY
PO BOX 965060
ORLANDO   FL 32896-5060

SYNCHRONY BANKAMAZON
PO BOX 71737
PHILADELPHIA   PA 19176-1737

SYNCHRONY BANKCARE CREDIT
ATTN BANKRUPTCY
PO BOX 965060
ORLANDO   FL 32896-5060

SYNCHRONY BANKCARE CREDIT
PO BOX 71757
PHILADELPHIA   PA 19176-1757

SYNCHRONYPAYPAL CREDIT
ATTN BANKRUPTCY
PO BOX 965064
ORLANDO   FL 32896-5064

SYNCHRONYPAYPAL CREDIT
PO BOX 71727
PHILADELPHIA   PA 19176-1727

TD RETAIL CARD SERVICES
ATTNBANKRUPTCY
1000 MACARTHUR BLVD
MAHWAH   NJ 07430-2035

TD RETAIL CARD SERVICES
CO CREDITORS BANKRUPTCY SERVICE
PO BOX 800849
DALLAS   TX 75380-0849

TARGET NB
CO FINANCIAL   RETAIL SERVICES MAILSTOP
PO BOX 9475
MINNEAPOLIS   MN 55440-9475

TARGET NB
PO BOX 673
MINNEAPOLIS   MN 55440-0673

TARGET NB
CO FINANCIAL   RETAIL SERVICES MAILSTOP
ATTNBANKRUPTCY
1000 NICOLLET MALL
MINNEAPOLIS   MN 55403-2542

TD BANKRAYMOUR   FLANIGAN
ATTN BANKRUPTCY
1701 MARLTON PIKE E
CHERRY HILL   NJ 08003-2390

```
USPS FIRST CLASS MAILING RECIPIENTS:
Parties with names struck through or labeled CM/ECF SERVICE were not served via First Class USPS Mail Service.

                                        EXCLUDE
TD BANKRAYMOUR  FLANIGAN                (D)US BANK TRUST NATIONAL ASSOCIATION    US BANK TRUST NATIONAL ASSOCIATION  NC
COLUMBIA   SC 29202                     ROBERTSON  ANSCHUTZ  SCHNEID  CRANE      IN
                                        13010 MORRIS ROAD  SUITE 450             SELENE FINANCE LP
                                        ALPHARETTA  GA 30004-2001                3501 OLYMPUS BLVD  SUITE 500
                                                                                 DALLAS  TX 75019-6295



                                        DEBTOR
H BRUCE BRONSON                         KIMBERLY A LYDTIN                        SUZANNE YOUSSEF  ESQ
BRONSON LAW OFFICES PC                  14408 GRAVETT RD                         900 MERCHANTS CONCOURSE
480 MAMARONECK AVE                      FLUSHING  NY 11367-1339                  SUITE 310
HARRISON  NY 10528-1621                                                          WESTBURY  NY 11590-5114
```