

**Sara Z. Boriskin, Esquire**
**Managing Partner, New York Office**

900 Merchants Concourse,
Suite 310
Westbury, NY 11590
Phone: 516-280-7675
Fax: 516-280-7674
https://www.raslegalgroup.com

**James Robertson, Esquire***
**Everett Anschutz, Esquire****
**David J. Schneid, Esquire****
**John T. Crane, Esquire****

**\* Deceased**
**\*\*Not Admitted to Practice in New York**

June 3 , 2025

Hon. Jil Mazer-Marino
U.S. Bankruptcy Court, EDNY
Conrad B. Duberstein Courthouse
271-C Cadman Plaza East - Suite 1595
Brooklyn, NY 11201-1800

|  |  |
|---|---|
| **In Re:** | **Kimberly A Lydtin** |
| **Case No.:** | **1-24-45076-jmm** |
| **Chapter:** | **11** |
| **Property Address:** | **144-08 Gravett Rd., Flushing, NY 11367** |

Dear Judge Mazer-Marino:

This firm represents Selene Finance LP  ("Selene") U.S. BANK TRUST NATIONAL ASSOCIATION, NOT IN ITS INDIVIDUAL CAPACITY BUT SOLELY AS OWNER TRUSTEE FOR RCF 2 ACQUISITION TRUST, a secured creditor of the above-named Debtor. On March 5, 2025, a Loss Mitigation Order [Doc No. 20] was entered by this Court. We respectfully request that the below serve as a status update on the aforementioned loss mitigation proceeding. The Loss Mitigation conference is scheduled for June 11, 2025 at 10:00 AM.

 On March 24, 2025, a blank loan modification package was sent to Debtor's counsel. **As of today's date, Debtor has failed to provide any documentation for review.**

**Therefore, we respectfully request that the Court terminate Loss Mitigation**. Please do not hesitate to contact me with any questions regarding the matter.

Respectfully,

*/s/ Suzanne Youssef*
Suzanne Youssef, Esq.
syoussef@raslg.com

cc: H Bruce Bronson, Esq.