

| | | |
|---|---|---|
| **Sara Z. Boriskin, Esquire**<br>**Managing Partner, New York Office** | 900 Merchants Concourse,<br>Suite 310<br>Westbury, NY 11590<br>Phone: 516-280-7675<br>Fax: 516-280-7674<br>https://www.raslegalgroup.com | James Robertson, Esquire*<br>Everett Anschutz, Esquire**<br>David J. Schneid, Esquire**<br>John T. Crane, Esquire**<br><br>* Deceased<br>**Not Admitted to Practice in New York |

September 22, 2025

Hon. Jil Mazer-Marino
U.S. Bankruptcy Court, EDNY
Conrad B. Duberstein Courthouse
271-C Cadman Plaza East - Suite 1595
Brooklyn, NY 11201-1800

      **In Re:**             **Kimberly A Lydtin**
      **Case No.:**       **1-24-45076-jmm**
      **Chapter:**       **11**
      **Property Address:**  **144-08 Gravett Rd., Flushing, NY 11367**

Dear Judge Mazer-Marino:

      This firm represents Selene Finance LP ("Selene") U.S. BANK TRUST NATIONAL ASSOCIATION, NOT IN ITS INDIVIDUAL CAPACITY BUT SOLELY AS OWNER TRUSTEE FOR RCF 2 ACQUISITION TRUST, a secured creditor of the above-named Debtor. On March 5, 2025, a Loss Mitigation Order [Doc No. 20] was entered by this Court. We respectfully request that the below serve as a status update on the aforementioned loss mitigation proceeding. The Loss Mitigation conference is scheduled for September 24, 2025 at 10:00 AM.

      On March 24, 2025, a blank loan modification package was sent to Debtor's counsel. On **June 10, 2025**, Debtor's counsel provided the loss mitigation package, which we forwarded to Selene for review. On June 13, 2025, Selene sent a Missing Documents Letter to inform that the following documents are missing:

• Borrower - Signed and dated Hardship Affidavit Signed and dated
• Borrower - Pay Stub Need most recent 30-days consecutive paystubs.
• Borrower - Request For Mortg Assistance Need UBAF acknowledgement page physically signed and recent dated.

      The deadline to submit these missing documents was **7/12/2025.**

      On July 22, 2025, Debtor's counsel provided the missing documents, which we forwarded to Selene for review. On August 12, 2025, Selene advised that Documents were reviewed but the package was still not complete and a new Missing Documents Letter was sent.

The following documents were missing:

<mark>Hardship Affidavit - Signed and dated [Borrower]</mark>

<mark>Pay Stub - recent1mo. consecutive physical paystubs wth YTD #little meadows [Borrower]</mark>

**As of today's date, we have not received the requested documents.**

Thank you for your consideration of this matter. Please do not hesitate to contact me with any questions regarding the matter.

    Respectfully,

    */s/ Suzanne Youssef*
    Suzanne Youssef, Esq.
    syoussef@raslg.com

cc: H Bruce Bronson, Esq. (Via ECF)