

**Sara Z. Boriskin, Esquire**
**Managing Partner, New York Office**

900 Merchants Concourse,
Suite 310
Westbury, NY 11590
Phone: 516-280-7675
Fax: 516-280-7674
https://www.raslegalgroup.com

**James Robertson, Esquire***
**Everett Anschutz, Esquire****
**David J. Schneid, Esquire****
**John T. Crane, Esquire****

*** Deceased**
****Not Admitted to Practice in New York**

January 15, 2026

Hon. Jil Mazer-Marino
U.S. Bankruptcy Court, EDNY
Conrad B. Duberstein U.S. Courthouse
271-C Cadman Plaza East - Suite 1595
Brooklyn, NY 11201-1800

      **In Re:**               **Kimberly A Lydtin**
      **Case No.:**          **1-24-45076-jmm**
      **Chapter:**            **11**
      **Property Address:**  **144-08 Gravett Rd., Flushing, NY 11367**

Dear Judge Mazer-Marino:

    This firm represents Selene Finance LP AS SERVICER FOR U.S. BANK TRUST NATIONAL ASSOCIATION, NOT IN ITS INDIVIDUAL CAPACITY BUT SOLELY AS OWNER TRUSTEE FOR RCF 2 ACQUISITION TRUST, a secured creditor of the above-named Debtor. On March 5, 2025, a Loss Mitigation Order [Doc No. 20] was entered by this Court. We respectfully request that the below serve as a status update on the aforementioned loss mitigation proceeding. The Loss Mitigation conference is scheduled for January 21, 2026 at 10:00 AM.

    On March 24, 2025, a blank loan modification package was sent to Debtor's counsel. On June 10, 2025, Debtor's counsel provided a loss mitigation package. On June 13, 2025, Selene sent a Missing Documents Letter, requesting Debtor to submit various documents no later than July 12, 2025.

    On July 22, 2025, Debtor's counsel provided certain documents, which were forwarded to Selene for review. On August 12, 2025, Selene advised that the package was still not complete and a new Missing Documents Letter was generated.

    On September 9, 2025, Selene terminated the Loss mitigation review as Debtor had failed to return a completed financial workout package with supporting documentation. On October 1, 2025, a digital copy of the Termination Letter was emailed to Debtor's counsel. We advised Debtor's counsel that a new Loss mitigation package was now required.

On November 19, 2025, we sent a blank loss application form to Debtor's counsel and advised that the Debtor can re-apply.  **However, as of today's date, Debtor has not provided an updated Loss mitigation package.**

**Therefore, we respectfully request that the Court terminate Loss Mitigation.** Thank you for your consideration of this matter. Please do not hesitate to contact me with any questions regarding the matter.

                Respectfully,

                 */s/ Suzanne Youssef*
                Suzanne Youssef, Esq.
                syoussef@raslg.com

cc: H Bruce Bronson, Esq. (Via ECF)